```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

MIDLAND NATIONAL LIFE INSURANCE
COMPANY,

     Plaintiff/Counterclaim-
     Defendant,

v.                                        Case No. 8:16-cv-30-T-33MAP

MARGARET LEE,

     Defendant/Counterclaim-
     Plaintiff,

and

VICKI GRANELL, INDIVIDUALLY AND
IN HER CAPACITY AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ANTHONY GRANELL,

     Defendant.
_____/

**<u>ORDER</u>**

      This matter comes before the Court pursuant to Plaintiff Midland National Life Insurance Company's Renewed Motion and Memorandum of Law Under Rule 67 for Order Directing Clerk to Accept Tender of Checks (Doc. # 41), which was filed on July 7, 2016. Midland requests that the Court direct the Clerk to accept tender of Midland's checks, in the amount of $60,251.18 and $4,583.22. Midland explains that "[t]he checks represent the premium amounts paid in connection with two life insurance policies that Midland seeks to rescind" and requests that the Clerk "hold the checks until it determines the party entitled to the refunded premiums." (<u>Id.</u> at 1).

      The Court grants the Motion pursuant to Rule 67, Fed. R. Civ.

P., which authorizes parties to deposit money with the Court "on notice to every other party and by leave of court" if part of the relief sought is "the disposition of a sum of money." The Clerk is directed to accept tender of the two checks Midland seeks to remit and to hold the checks "until the Court determines the party entitled to the refunded premiums." (Doc. # 41 at 3). The funds will be deposited into the Court's registry into an interest bearing account.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Midland National Life Insurance Company's Renewed Motion and Memorandum of Law Under Rule 67 for Order Directing Clerk to Accept Tender of Checks (Doc. # 41) is **GRANTED**.

(2) The Clerk is directed to accept tender of two checks by Midland in the amount of $60,251.18 and $4,583.22. The Clerk shall deposit the checks into the Court's registry in an interest bearing account until the Court determines the party entitled to the refunded premiums.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of July, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE